**DISMISS and Opinion Filed August 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00978-CV**

**CLARA HELMBRIGHT, Appellant**
**V.**
**SAM SAYED AND MAGED IBRAHIM, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01065-2018**

## MEMORANDUM OPINION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Garcia

Before the Court is appellant's agreed motion to dismiss this appeal with prejudice. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

210978F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CLARA HELMBRIGHT, Appellant

No. 05-21-00978-CV          V.

SAM SAYED AND MAGED
IBRAHIM, Appellees

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-01065-
2018.
Opinion delivered by Justice Garcia.
Justices Myers and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED** with prejudice.

It is **ORDERED** that each party bear his or her own costs of this appeal.

Judgment entered August 25, 2022.